Marrick Armstrong, Ghazal Asrar Vahora, Attorney, Smith Reed & Armstrong, P.L.L.C., Pearland, TX, for Plaintiff-Appellant

Kelley Riddle Edwards, Luke C. MacDowall, Littler Mendelson, P.C., Houston, TX, for Defendant-Appellee

Before REAVLEY, SMITH, and OWEN, Circuit Judges.

PER CURIAM: *

The judgment of the district court is confirmed for the reasons covered completely by the district judge.

The Plaintiff claims that there is a fact issue as to whether he and Bozeman were treated differently because of their race. But the corrective forms with different signing had complete differences in origin and significance to their employment. Race had nothing to do with that, and Plaintiff has not presented any evidence of racial discrimination.

AFFIRMED.

**UNITED STATES of America, Plaintiff-Appellee**

v.

**Crisoforo PALENCIA, Defendant-Appellant**

No. 17-40418
**Summary Calendar**

United States Court of Appeals, Fifth Circuit.

Filed February 14, 2018

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Tracey M. Batson, Assistant U.S. Attorney, U.S. Attorney's Office, Eastern District of Texas, Plano, TX, for Plaintiff-Appellee

Crisoforo Palencia, Pro Se

Before JOLLY, OWEN, and HAYNES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Crisoforo Palencia has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Palencia has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.